UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN SCHEUNEMANN

    Plaintiff,

v.

    Case No. 2:09-cv-1134

    Chief Judge Charles N Clevert, Jr

ASSOCIATED CREDITORS EXCHANGE, INC.,
a/k/a ACE,

    Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

### STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties to this action, that this action, including all claims for damages and attorney's fees, or any other causes of action between the parties hereto be dismissed on its merits and with prejudice and without costs to any party.

Dated: 2/16/11

Kevin Scheunemann, *pro se plaintiff*

*THOMAS & ASSOCIATES*

Dated: 2/17/2011

Scott G. Thomas
State Bar No. 1004014
Attorneys for Defendant Associated
Creditors Exchange, Inc., a/k/a ACE ,